Joseph A. Broderick, as Superintendent of Banks of the State of New York, Respondent, Appellant, v. Max Aarcn and Others, Defendants, Impleaded with Arthur J. Rieser, Appellant, Respondent.— Action to declare an assessment of twenty-five dollars a share levied against stockholders of The Bank of United States to be valid, just and equitable and for other relief. Cross-appeals, by defendant Arthur J. Rieser from so much of a judgment, entered on a decision after trial at Special Term, as awards judgment in favor of plaintiff for $5,775 against said defendant; and by plaintiff from so much of said judgment, as amended, as adjudges that the complaint be dismissed against said defendant as to the assessment levied against 100 shares of capital stock of The Bank of United States registered upon the stock ledger in the name of said defendant in November, 1930. Judgment so far as appealed from unanimously affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ. [151 Misc. 516, 533.]

The People of the State of New York, on the Complaint of John Rogers, Police Officer, Respondent, v. William Mitchell, Appellant.— Judgment convicting defendant of unlawfully leaving the scene of an accident (Vehicle and Traffic Law, § 70, subd. 5-a) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

George P. A. Brayden, Appellant, v. Rashida Nioma Brayden, Respondent. — Action to annul marriage. Judgment entered on decision dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

In the Matter of Augusta H. Lohman, Deceased. Elsie C. Schellenberg, Appellant; James L. Egan, Public Administrator of New York, as Administrator, etc., of Augusta H. Lohman, Deceased, and Others, Respondents, Impleaded with Others.— Appeal from an order of the Surrogate's Court, New York county, denying petitioner's motion for the revocation of letters of administration heretofore issued on the decedent's estate to the public administrator of the county of New York. Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.

George Neidlinger, Respondent, v. Fritz Groeneveld, Appellant.— Action by one of two copartners for dissolution of a partnership and for an accounting and distribution of firm assets. An interlocutory judgment was granted and the matter was referred to an official referee to take and state the account. Defendant appeals from an order modifying the report of the referee and from a judgment, as resettled, in favor of plaintiff for $733.62 against defendant. Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Dore, JJ.; Dore, J., dissents and votes to modify by reducing the amount adjudged to be due from the defendant to $6.25, the amount found to be due by the official referee.